JOSEPH COYNE, Respondent, v. CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY (Sued Herein as CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY, INC.), Appellant; CHATHAM PHENIX CORPORATION and Others, Defendants. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

ADOLF ENDERLE, Respondent, v. EMIL ANASTASIA, Defendant, and SCARSDALE ESTATES, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

RUTH A. HEYWANG and ANTHONY J. HEYWANG, Respondents, v. RICHMOND RAILWAYS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Application of CENTRAL HIGH SCHOOL DISTRICT No. 1 OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, and BOARD OF EDUCATION OF CENTRAL HIGH SCHOOL DISTRICT No. 1 OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, Respondents, for a Peremptory Order of Mandamus against UNION FREE SCHOOL DISTRICT No. 13 OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 13 OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, and WILLIAM B. MARTIN and Others, Constituting the Board of Education of Union Free School District No. 13 of the Town of Hempstead, Nassau County, New York, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Application, etc., of THE CITY OF NEW YORK, Relative to Neptune Avenue, etc., Brooklyn. (Re Application of FLORENCE H. CLARK for Payment of Award Made for Damage Parcels Nos. 510, 511, 512 and 513.) FLORENCE H. CLARK, Petitioner-Respondent; THOMAS H. WHEELER and ROBERT L. WHEELER, Heirs of EMMETT B. WHEELER, Deceased, in Place and Stead of the Estate of EMMETT B. WHEELER, Deceased, LOUIS C. SCHWENSEN, as Executor, etc., of BERTHA LARSON, Deceased, and Administrator de Bonis Non, etc., of WALTER LARSON, Deceased, Appellants, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 745.] Questions to be certified. Motion for a stay granted upon the filing of the undertaking required by section 593 of the Civil Practice Act. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ. Settle order on notice.

In the Matter of the Application of PHILIP E. COOK, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES, as Warden of Sing Sing Prison, JOHN J. SHEEHEY, as Principal Keeper of Sing Sing Prison, and Others, etc., Respondents. In the Matter of the Application of NICHOLAS TRIMARCO, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES and Others, Respondents. In the Matter of the Application of HENRY MATTHEWS, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES and Others, Respondents. In the Matter of the Application of JOSEPH O'KEEFE, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES and Others, Respondents. In the Matter of the Application of WILLIAM THOMPSON, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES and Others,

Respondents. In the Matter of the Application of ALFRED BONINI, Appellant, for a Peremptory Order of Mandamus against LEWIS E. LAWES and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 735.] Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOHN J. RIORDAN, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of LOUIS TAYLOR, an Attorney, Respondent.—Attorney disbarred and his name ordered struck from the roll of attorneys. In the County Court of Westchester county this attorney pleaded guilty to the crime of feloniously refusing to pay over to the Comptroller of the State of New York moneys received as police justice for fines, etc., for divers violations of the provisions of the Vehicle and Traffic Law. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

LONG ISLAND LIGHTING COMPANY, Appellant, v. INCORPORATED VILLAGE OF NEW HYDE PARK and Others, Respondents. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. N. W. MINUSE & Co., INC., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Davis and Johnston, JJ.; Adel, J., not voting.

JOHN RIZZO, Respondent, v. CARMELA RIZZO, Appellant.— Motion to resettle order dated January 24, 1936, denied. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

LUC ROCHEFORT, Respondent, v. JAMES A. STILLMAN, Appellant, and EMILY M. BAKER, Defendant.— Motion for reargument denied, with leave to plaintiff to apply at Special Term to restore the case to the calendar on newly-discovered facts, if so advised. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

MORRIS TANENBAUM, Appellant, v. ABRAHAM HERZFELD, Also Known as ABE HERZFELD, and Another, Respondents, and MANUFACTURERS TRUST COMPANY, Defendant.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Young, Davis, Johnston and Adel, JJ.

GEORGE S. DASO, as Trustee for THOMAS & BUCKLEY HOISTING COMPANY, Appellant, v. UNITED HOISTING Co., INC., Respondent.— In an action to recover $10,000, the retirement price of certain preferred stock owned by the plaintiff, under the defendant's certificate of incorporation and its agreement with plaintiff, order denying plaintiff's motion to strike out the separate defense contained in defendant's answer affirmed, with ten dollars costs and disbursements. In our opinion, that defense is sufficient in law. (*Daso* v. *United Hoisting Co., Inc.*, 245 App. Div. 843; affd., 269 N. Y. 659.) Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.

SIGMUND FORNAGIEL, by His Guardian ad Litem, JOSEPH FORNAGIEL, and JOSEPH FORNAGIEL, Respondents, v. CELIA WACHOLDER, Respondent; A-ED REALTY CORPORATION, Defendant, and NATHAN PENNER, Appellant. (Appeal No. 2.) — During the progress of the trial of this negligence action and while the jury